IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-45,979-02






EX PARTE GEORGE ALARICK JONES, Applicant






ON HABEAS CORPUS APPLICATION


FROM DALLAS COUNTY






 Per Curiam.


 The execution of the sentence of death in State v. George Alarick Jones, Case No. W94-03320-V of the 292nd Judicial District Court of Dallas County, which is scheduled for January
27, 2005, is STAYED during this court's consideration of the pending application for writ of
habeas corpus, and until further order of this court.


En banc. (Keasler, J., did not participate.)

Delivered January 25, 2004.

Do Not Publish.